**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000453
28-SEP-2020
09:43 AM**

NO. CAAP-20-0000453

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

OLGA VLADIMIROVNA BORDENYUK, Petitioner-Appellant, v.
THE ESTATE OF KAREN I. STIRLING,
whose full name is KAREN INGALLS STIRLING, DECEASED,
Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2LP181000109)

ORDER DISMISSING APPEAL
(By: Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On July 10, 2020, self-represented Applicant-Appellant Olga Vladimirovna Bordenyuk (**Bordenyuk**) filed the notice of appeal;

(2) On July 17, 2020, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before July 27, 2020, and August 26, 2020, respectively;

(3) Bordenyuk did not file either document or request an extension of time;

(4) On September 4, 2020, the appellate clerk notified Bordenyuk that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on September 14, 2020, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules

of Appellate Procedure Rules 12.1(e) and 30, and Bordenyuk could request relief from default by motion; and

(5) Bordenyuk took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, September 28, 2020.

/s/ Derrick H.M. Chan
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge